UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| EVER ANTONIO PADILLA, | : | VIOLATION: |
| | : | 18 U.S.C. §§ 1028(a)(1), (b)(1)(A)(ii) |
| Defendant. | : | (Produce Identification Document |
| | : | Without Lawful Authority); 22 D.C. Code |
| | : | §§ 3221(b), 3222(b)(2) (Fraud in Second |
| | : | Degree). |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(**Produce Identification Document Without Lawful Authority**)

On or about November 8, 2006, in the District of Columbia, defendant **EVER ANTONIO PADILLA** and others, produced and attempted to produce an identification document, that is a District of Columbia driver's license, in and affecting interstate commerce, knowing that such document was produced without lawful authority.

In violation of 18 U.S.C. §1028(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2.

### COUNT TWO
(**Fraud in the Second Degree**)

On or about November 8, 2006, within the District of Columbia, defendant **EVER ANTONIO PADILLA** and others, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of the District of Columbia, that is a District of Columbia driver's license, by falsely claiming that defendant **EVER ANTONIO PADILLA** resided in the District of Columbia, had previously obtained a driver's license from the Commonwealth of

Virginia and was a U.S. citizen, and thereby, without passing the required vision, knowledge or skills road tests, obtained a facially valid driver's license from the District of Columbia.

In violation of 22, D.C. Code, Sections 3221(b) & 3222(b)(2).

JEFFREY A. TAYLOR
United States Attorney for
the District of Columbia


By:      _____/s/_____
ELLEN CHUBIN EPSTEIN
SUSAN B. MENZER
Assistant United States Attorneys