<u>NOTICE OF APPEARANCE</u>  CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
vs. )  Criminal No. 08-134
)
)
Ever Antonio Padilla )
<u>(DEFENDANT)</u>

FILED

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☑ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_Jack M H Frazier_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jack M H Frazier     383697
(Attorney & Bar ID Number)

Law Offices of Gary H. Gerstenfield, P.C.
(Firm Name)

8720 Georgia Avenue, Suite 301
(Street Address)

Silver Spring     MD     20910
(City)           (State)    (Zip)

(301) 589-9500 (tel)  (301) 589-3100 (fax)