AO 455 (Rev. 5/85)  Waiver of Indictment  ⊕

# United States District Court

FILED

MAY 2 3 2008

DISTRICT OF _Columbia_

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Ever Antonio Padilla

## WAIVER OF INDICTMENT

CASE NUMBER: 08-134

I, _Ever Padilla_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _May 23 2008_ prosecution by indictment and consent that the

*Date*

proceeding may be by information rather than by indictment.

_EVER PADILLA_
*Defendant*

_Juh Fregin for Gary Gerstenfeld_
*Counsel for Defendant*

Before _Alan Kay_
*Judicial Officer*