UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-134 (RJL) |
| | : | |
| v. | : | **FILED** |
| | : | MAY 2 3 2008 |
| EVER ANTONIO PADILLA, | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **EVER ANTONIO PADILLA** ("**PADILLA**") and the United States agree and stipulate as follows:

1. Foreign nationals are eligible to obtain District of Columbia driver's licenses if they have proof that they are legally present in the U.S. and can continue to stay in the U.S. for at least another six months. A foreign national must also present proof of his name, date of birth, social security number, and District of Columbia residency. The District of Columbia Department of Motor Vehicles ("DMV") has specifically limited the types of documentation it will accept. For example, original birth certificates, unexpired passports, or resident alien cards can prove an individual's identity (i.e., name and date of birth). In addition to tendering the required documentation, a foreign national must complete and sign a driver's license application, certifying that the information contained therein is correct and accurate. The DMV employee processing the application is required to identify on the application the type of documentation that was presented by the applicant.

2. Applicants for driver's licenses must pass the following three tests: vision screening, knowledge and street sign recognition, and skills road. Applicants who possess a valid driver's

license from another state, however, are only required to pass the vision screening test. Applicants who possess a valid driver's license from a foreign jurisdiction need not take the road test, but must pass the vision screening and knowledge and street sign recognition tests.

3.      In November 2006, a co-worker told defendant **PADILLA** that he could obtain a D.C. driver's license from the DMV if he had a social security number and paid $1,000 to a man named Salvador. The co-worker told defendant **PADILLA** that he would need to meet Salvador in the parking lot of a Home Depot, which was located in front of the Brentwood DMV branch. Defendant **PADILLA** agreed to meet his co-worker in the parking lot of the Home Depot on November 8, 2006.

4.      On November 8, 2006, defendant **PADILLA** went to the Brentwood DMV branch with the intention of purchasing a fraudulent D.C. driver's license, an item of value that authorizes an individual to drive and serves as a photographic identification card. When he arrived at the Home Depot parking lot, defendant **PADILLA** saw his co-worker speaking with Salvador. Defendant **PADILLA** approached his co-worker and gave him his social security number. His co-worker wrote **PADILLA**'s name and social security number and the co-worker's D.C. address of 1515 Ogden Street, N.W. on a piece of paper and handed it to defendant **PADILLA**. After defendant **PADILLA** handed his co-worker $1,000 in $20 bills, he was instructed to go inside the DMV, sit down, and wait for the only Hispanic DMV employee to give him a signal.

5.      Defendant **PADILLA** went into the DMV, sat for approximately five minutes, then received a nod from the Hispanic DMV employee. Defendant **PADILLA** gave the Hispanic DMV employee the piece of paper provided to him by his co-worker and his employment

authorization document.  Defendant **PADILLA** did not complete any applications or take any tests, including the vision, knowledge, or road skills examinations.  After defendant **PADILLA** paid the $39 fee with his brother-in-law's credit card, the Hispanic DMV employee directed defendant **PADILLA** to another customer service station to have his photograph taken.  Shortly thereafter, defendant **PADILLA** was given a facially valid D.C. driver's license that falsely bore a D.C. address of 1515 Ogden Street, N.W., and an expiration date of July 5, 2011.

*EVER PADILLA*
**EVER ANTONIO PADILLA**, Defendant