U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

UNITED STATES OF AMERICA       :

V.                             :       Case No. 08-134 (RJL)
EVER ANTONIO PADILLA
                               :       **FILED**
                                       MAY 2 3 2008
                               :
          **ORDER**                    NANCY MAYER WHITTINGTON, CLERK
                                       U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ~~19th~~ 23rd day of May 2008 ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on *A date convenient to both parties* by FBI S/A Sean Ryan and Al Tenute to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to Federal Bureau of Investigation _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of FBI S/A Sean Ryan and Al Tenuta for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

*/s/ Alan Kay*
Judge (U.S. Magistrate) Alan Kay

DOJ USA-16-80

DEFENSE COUNSEL