UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| v.                         ) | |
|                            ) | CR. No.08-134 (RJL/AK) |
| EVER ANTONIO PADILLA,      ) | |
| Defendant.                 ) | |
|                            ) | |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Richard J. Leon for the acceptance of a plea to Count Two of a two-count Information, alleging a violation of Title 22, D.C. Code, Sections 3221(b), 3222(b)(2), Fraud in the Second Degree.

Hearing on Plea

The Defendant, Ever Antonio Padilla, came before the Court on May 23, 2008, represented by counsel, Jack Frazier, who was standing in for Gary Gerstenfield. The Government was represented by Assistant United States Attorney Ellen Chubin Epstein. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Padilla under oath and ascertained that he was competent to enter a plea to Count II, a misdemeanor, of the two-count Information, and the Court then proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law. The Defendant acknowledged that he wished to waive his right to a jury trial before a United States District Court Judge and that by entering a plea of guilty, which, if accepted by the District Court, would waive his right to appeal

a judgment of guilt.  Defendant acknowledged that he was waiving his constitutional right not to incriminate himself.  The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between himself, his counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to him in order to secure his plea of guilty in this case.  Defendant acknowledged that he committed fraud in the second degree.  The Court found, after advising the Defendant of his rights, Mr. Padilla's plea of guilty to Count Two of the Information was voluntarily and knowingly made and that his admission of guilt encompassed each of the elements of the offense charged in Count Two of the Information.

## Recommendation

_____The undersigned recommends that the trial court accept Mr. Padilla's plea of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr. Padilla who was found to be competent and that he fully understood the nature and the consequences of entering such a plea.  Following the entry of the plea of guilty, the Court directed that the Defendant be placed on a personal recognizance bond.  Defendant's status hearing before the Honorable Richard J. Leon has been set for June 9, 2008, at 11:00 a.m.


May 23, 2008                                   _____/s/_____
                                               ALAN KAY
                                               UNITED STATES MAGISTRATE JUDGE